1  **EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP**
   Raymond M. Paetzold (Bar # 77678)
2  Andrew I. Port (Bar # 120977)
   Jared A. Washkowitz (Bar # 226211)
3  49 Stevenson Street, Suite 400
   San Francisco, CA  94105
4  Tel. (415) 227-9455
   Fax (415) 227-4255

6  Attorneys for Petitioners JAMES CRONIN
   and BRIAN MCDONALD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In the Matter of<br><br>The complaint of JAMES CRONIN and BRIAN MCDONALD, as owners of the 21' 2005 Mastercraft Prostar 209 vessel bearing Hull No. MBCMTLZZD505, for exoneration from or limitation of liability. | Case No.:  C 06 2945 SC<br><br>[~~CORRECTED~~]<br>[~~PROPOSED~~] **ORDER APPROVING STIPULATION FOR VALUE, COSTS, AND INTEREST; DIRECTING MONITION; ENJOINING AND RESTRAINING OTHER ACTIONS** |

WHEREAS, a petition having been filed in this Court on May 2, 2006, pursuant to Supplemental Admiralty Rule F(2) of the Federal Rules of Civil Procedure, by James Cronin and Brian McDonald (herein "Petitioners") as owners of the twenty-one foot, 2005 Mastercraft Prostar 209 vessel bearing hull number MBCMTLZZD505 (herein "the Vessel"), praying for exoneration from or limitation of liability for any and all losses or damages or from any claim or claims in any way arising out of or related to the activities of the Vessel or otherwise resulting or arising out of the voyages of said Vessel on or about July 30, 2005, and for certain other relief; and

WHEREAS, said Complaint having stated the facts and circumstances upon which

EMARD DANOFF PORT
TAMULSKI & PAETZOLD  LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -
[PROPOSED] ORDER APPROVING STIPULATION, DIRECTION MONITION, AND ENJOINING FURTHER CLAIMS

exoneration and limitation is claimed, and it appearing that claims have been made, or may in the future be made against the Petitioners and/or the Vessel for losses and damages said to have been occasioned or incurred as consequence of the activities of the vessel, and may or will exceed the value of Petitioners' interest in said Vessel, if any, and its pending freight, and

WHEREAS, Petitioners, as principals, having deposited with the Court as security for the benefit of the claimants, a stipulation for value, costs and interest dated April 24, 2006 with attached Letter of Undertaking, and executed by Oregon Mutual Insurance Company, as surety, in the total amount of Fifty-One Thousand Dollars ($51,000.00), which amount represents the sum of Petitioners' interest or alleged interest in the Vessel, her freight then pending as of the voyage which commenced on July 30, 2005, and Petitioners' statutory obligation to give costs in compliance with Supplemental Rule F(1) of the Federal Rules of Civil Procedure, and Local Admiralty Rule 5-1;

NOW, THEREFORE, on application of Petitioners,

IT IS HEREBY ORDERED that the Clerk shall issue a notice and monition under the seal of this Court to and against all persons or concerns claiming damages for any and all losses or damages occasioned by the activities of the Vessel on the voyage which commenced on or about July 30, 2005, admonishing them and each of them to appear and file their respective claims with the Clerk of this Court on or before the 10th day of __June_____, 2006, and make due proof of their respective claims in such manner as may hereinafter be directed by further order of this Court, subject to the right of any such persons or concerns to controvert or question said claims, with liberty also to any such claimants who have duly filed their claims to answer the petition herein and to file such answer with the Clerk of this Court on or before hereinafter specified; and

IT IS FURTHER ORDERED that public notice of said monition pursuant to Supplemental

EMARD DANOFF PORT
TAMULSKI & PAETZOLD  LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

Admiralty Rule F(4) of the Federal Rules of Civil Procedure shall be given by publication thereof in the newspaper known as the Daily Journal published in San Francisco, and that such notice shall be published once a week for four successive weeks prior to the date fixed herein for the filing of claims; and

IT IS FURTHER ORDERED that not later than the date of the second publication of said notice, Petitioners shall mail or caused to be mailed a copy of the said notice to every person or concern known to have made any claim that remains outstanding against the Vessel or against James Cronin and/or Brian McDonald's interest in the Vessel, or against any of the Petitioners as owners of the Vessel; and

IT IS FURTHER ORDERED that further prosecution of any and all suits, actions and proceedings which may already have been commenced against the Vessel or Petitioners alleging that they are its owners, in any Court wheresoever to recover damages arising out of, or related to the activities of the Vessel on the voyage which began on or about July 30, 2005, and the institution and prosecution of any suits, actions or legal proceedings of any nature or description whatsoever in any Court wheresoever, except in this proceeding for exoneration from or limitation of liability against Petitioners, or otherwise subject to limitation in this proceeding, are stayed and restrained; and

IT IS FURTHER ORDERED that service of this Order as a restraining order shall be made within this District in the usual manner and in any other District of the United States by the United States Marshal for such district by delivering a certified copy of this Order to the person or persons to be restrained, or to their respective attorneys or representatives.

IT IS FURTHER ORDERED that the above-described stipulation for value, cost, and interest, and attached Letter of Undertaking, deposited by petitioners and/or their insurers with the Court for the benefit of potential claimants in the amount of Fifty-One Thousand Dollars

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 3 -
[PROPOSED] ORDER APPROVING STIPULATION, DIRECTION MONITION, AND ENJOINING FURTHER CLAIMS

($51,000.00), as security for the amount of the value of petitioner's interest or alleged interest in the vessel, her freight then pending and for costs and interest such as petitioners are statutorily obligated to give under Supplemental Rule F(1), be approved and Petitioners hereby are decreed to be in compliance with Supplemental Rule F(1) of the Federal Rules of Civil Procedure and with Local Admiralty Rule 5-1.

IT IS FURTHER ORDERED that Petitioners shall bear the costs of publication of Public Notice described herein and any additional costs incurred in connection with notifying all persons or concerns claiming damages for any and all losses or damages occasioned by the activities of the Vessel.

Dated: May_11__, 2006



IT IS SO ORDERED

UN_____JUDGE

Judge Samuel Conti

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105