**EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP**
Raymond M. Paetzold (Bar # 77678)
Andrew I. Port (Bar # 120977)
Jared A. Washkowitz (Bar # 226211)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Tel. (415) 227-9455
Fax (415) 227-4255

Attorneys for Petitioners/Claimants JAMES CRONIN
and BRIAN MCDONALD and Claimant STEVEN CRONIN

**JONES, CLIFFORD, JOHNSON & JOHNSON, LLP**
Steger P. Johnson (Bar # 83421)
100 Van Ness Avenue, 19th Floor
San Francisco, CA 94102
Tel. (415) 431-5310
Fax (415) 431-2266

Attorneys for Claimant MOLLY McKENNA

**LOW, BALL & LYNCH**
Steven D. Werth (Bar #121153)
Guy W. Stilson (Bar #142194)
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
Tel. (415) 981-6630
Fax (415) 982-1634

Attorneys for Petitioner/Claimant JOHN DEFREITAS
and Claimant CRAIG KOLOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In the Matter of<br><br>The complaint of JAMES CRONIN and BRIAN MCDONALD, as owners of the 21' 2005 Mastercraft Prostar 209 vessel bearing Hull No. MBCMTLZZD505, for exoneration from or limitation of liability.<br><br>In the Matter of<br><br>The complaint of JOHN DEFREITAS, as owner of the 21' 2004 Malibu VLX vessel bearing Hull No. MB2K7976B404 for exoneration from or limitation of liability. | Case No.: C 06-02945 SC<br>Case No.: C 06-05874<br>Related Cases<br><br>**STIPULATION REGARDING DISMISSAL AND** [PROPOSED] **ORDER**<br><br>HON. SAMUEL CONTI |

The parties hereby stipulate that they have settled the case and hereby seek to have this matter dismissed with prejudice, each party to bear his or her own attorneys fees and costs.

SO STIPULATED,

Dated: December 17, 2007   EMARD DANOFF PORT TAMULSKI
&amp; PAETZOLD LLP

By: /s/ Raymond M. Paetzold
    Raymond M. Paetzold

Attorneys for Petitioners/Claimants JAMES CRONIN and BRIAN MCDONALD

Dated: December 17, 2007   JONES, CLIFFORD, JOHNSON &amp; JOHNSON, LLP

By: /s/ Steger P. Johnson
    Steger P. Johnson

Attorneys for Claimant MOLLY MCKENNA

Dated: December 17, 2007   LOW, BALL &amp; LYNCH

By: /s/ Guy W. Stilson
    Steven D. Werth
    Guy W. Stilson

Attorneys for Petitioner/Claimant JOHN DEFREITAS and Claimant CRAIG KOLOS

EMARD DANOFF PORT
TAMULSKI &amp; PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
STIPULATION REGARDING DISMISSAL AND [PROPOSED] ORDER

## ORDER ON STIPULATION

The Court, having considered the foregoing stipulation, and good cause and the interests of justice otherwise appearing,

IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice, each party to bear its own attorneys fees and costs.

SO ORDERED

DATED:   12/18/07

_____
UNITED STATES DISTRICT JUDGE

